UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

NEAL WIESNER, as Parent and Natural Guardian, :
as well as, by Order of the Courts of the State of :
New York, Sole Physical and Legal Custodian of : **ORDER REGULATING**
K.W., an infant, : **PROCEEDINGS**
:
: 25-cv-9166 (AKH)
:
Plaintiff, :
:
-against- :
:
:
:
JOHNNY REED, JEFFERY MILES, KENNETH :
HALE, THOMAS SEELEY and JOHN RAMBO, :
the latter Individually and as Chancellor of the :
Chancery Court in Washington County, Tennessee, :
:
Defendants. :

------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of the jurisdictional question raised by Defendants, the hearing scheduled

for February 4, 2026 is hereby adjourned to February 19, 2026 at 11 a.m. in Courtroom 14D of

500 Pearl Street, New York NY.

Plaintiff shall file his response to Defendants' motions to dismiss by February 11,

2026.  Defendants shall file any reply by February 18, 2026.

The hearing on February 19, 2026 shall cover both the preliminary injunction and

the motions to dismiss.

SO ORDERED.

Dated: February 4, 2026            _____/s/ Alvin K. Hellerstein_____
       New York, New York                  ALVIN K. HELLERSTEIN
                                            United States District Judge